## PHILLIPS *v*. UNITED STATES.

---

EMINENT DOMAIN; CONDEMNATION OF LAND; APPEAL AND ERROR; AP-
PRAISERS.

On appeal to this court in condemnation proceedings instituted under act
    of Congress of June 25th, 1910 (36 Stat. at L. 738, chap. 384), where
    the evidence relating to the value of the property in question upon
    examination discloses no reversible error, and the award is supported
    by sufficient evidence to justify the verdict, and there is no showing
    of prejudice or corruption on the part of the appraisers, there is noth-

ing to bring the issues of fact into review. (Citing *Seufferle* v. *Macfarland*, 28 App. D. C. 94, 101.)

No. 2485.   Submitted March 7, 1913.   Decided April 7, 1913.

HEARING on an appeal by the exceptant from a judgment of the Supreme Court of the District of Columbia confirming the award of a commission appointed to condemn certain real estate for the use of the United States.                    *Affirmed.*

The facts are stated in the opinion.

*Messrs. McNeill & McNeill* for the appellant.

*Mr. Reeves T. Strickland,* Assistant Attorney General, and *Mr. C. R. Wilson,* United States Attorney for the District of Columbia, for the appellee.

Mr. Justice VAN ORSDEL delivered the opinion of the Court:

This is an appeal from a judgment of the supreme court of the District of Columbia confirming the verdict of a jury in a condemnation proceeding instituted under the act of Congress of June 25, 1910 (36 Stat. at L. 738, chap. 384).

We have examined the evidence relating to the value of the property in question, and find no reversible error. The award is supported by sufficient evidence to justify the verdict, and, in the absence of any showing of prejudice or corruption on the part of the appraisers, there is nothing to bring the issues of fact into review. *Seufferle* v. *Macfarland,* 28 App. D. C. 94, 101; Mills, Condemnation, 246.

The questions of law presented are the same as were considered in *Whitford* v. *United States, ante,* 14. The opinion in that case, therefore, is controlling here.

The judgment is affirmed with costs, and it is so ordered.

*Affirmed.*